UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **WILLIAM GENC,** | ) | Bankruptcy No. 16-04262 DRC |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 23, 2016, I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**

Jeffrey Snell
US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

BONANOTTE, AMANDA J.
LUCAS APOSTOLOPOULOS, LTD.
881 WEST LAKE STREET
ADDISON, IL 60101


**VIA REGULAR MAIL**

GENC, WILLIAM
285 CARDINAL DRIVE
BLOOMINGDALE, IL 60108

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025




/s/ DAVID R. BROWN, TRUSTEE
DAVID R. BROWN, Trustee
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
(630) 510-0000